McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

OCT 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   08 SW 0462 KJM
                                    )
      v.                            )   APPLICATION FOR UNSEALING
                                    )   ORDER; AND ORDER
XIAOHONG WANG and ZHE CHAI,         )
                                    )
            Defendants.             )
                                    )
_____)

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant, Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008              McGREGOR W. SCOTT
                                     United States Attorney


                                     By /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney

Unsealing Application & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY J. MUELLER
United States Magistrate